IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EVELYN LOPEZ & CORNELL FISHER, h/w :
                Plaintiffs, :
                                :
          v.                               : CIVIL ACTION NO: 16-05890
                                :
COUSIN'S SUPERMARKET, INC. NO. 3, :
a/k/a COUSIN'S SUPERMARKETS :
                Defendant. :

## STIPULATION OF DISMISSAL

It is hereby stipulated by and between counsel for Plaintiffs that the above captioned action is dismissed with prejudice pursuant to Local Rule 41.1(b) without costs.

_____      _____
Richard A. Wolfe, Esquire                      James P. Bradley, Jr., Esquire
Attorney for the Plaintiffs,                     Attorney for Defendant
Evelyn Lopez and Cornell                    Cousins Supermarket, Inc. No.
Fisher, h/w                                      3 a/k/a Cousin's Supermarket

                                                Dated:
Dated:

                                                BY THE COURT:

                                                _____
                                                BERLE M. SCHILLER, J.