IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EVELYN LOPEZ & CORNELL FISHER, h/w :
        Plaintiffs, :
         :
v. : CIVIL ACTION NO: 16-05890
         :
COUSIN'S SUPERMARKET, INC. NO. 3, :
a/k/a COUSIN'S SUPERMARKETS :
        Defendant. :

**STIPULATION OF DISMISSAL**

FILED
APR 1 1 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

It is hereby stipulated by and between counsel for Plaintiffs that the above captioned action is dismissed with prejudice pursuant to Local Rule 41.1(b) without costs.

_____
Richard A. Wolfe, Esquire
Attorney for the Plaintiffs,
Evelyn Lopez and Cornell
Fisher, h/w

Dated: 4-11-18

_____
James P. Bradley, Jr., Esquire
Attorney for Defendant
Cousins Supermarket, Inc. No.
3 a/k/a Cousin's Supermarket

Dated:

BY THE COURT:

_____
BERLE M. SCHILLER, J.